IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Ernest R. Patrick
       Debtor

NATIONSTAR MORTGAGE LLC
    v.
Ernest R. Patrick
    and
William C. Miller Esq.
    Trustee

Chapter 13

NO. 14-10613 AMC

## ORDER

AND NOW, this 28th day of November, 2016 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on October 07, 2014 it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Section 362 of the Bankruptcy Reform Abuse and Consumer Protection Act of 2005 (The Code) 11 U.S.C. 11 U.S.C. Section 362, is modified to allow NATIONSTAR MORTGAGE LLC and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 659 Kenmore Road Philadelphia, PA 19151.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

_____
United States Bankruptcy Judge.

cc: See attached service list

Ernest R. Patrick
659 Kenmore Rd
Philadelphia, PA 19151

William C. Miller Esq.
111 S. Independence Mall (VIA ECF)
Suite 583
Philadelphia, PA 19106

Georgette Miller Esq.
335 Evesham Avenue (VIA ECF)
Lawnside, NJ 08045

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532