United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 14-10613-amc
Ernest R Patrick                                               Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2            User: PaulP              Page 1 of 1           Date Rcvd: Nov 28, 2016
                               Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 30, 2016.
db              +Ernest R Patrick,     659 Kenmore Rd,    Philadelphia, PA 19151-3743

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 30, 2016                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 28, 2016 at the address(es) listed below:
          ANDREW F GORNALL    on behalf of Creditor    NATIONSTAR MORTGAGE LLC agornall@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          DENISE ELIZABETH CARLON    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
          GEORGETTE  MILLER    on behalf of Debtor Ernest R Patrick info@georgettemillerlaw.com,
           georgettemillerlaw@gmail.com;MLee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
           rlaw.com
          JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER philaecf@gmail.com,
           ecfemails@ph13trustee.com
          JEROME B. BLANK    on behalf of Creditor    NATIONSTAR MORTGAGE LLC paeb@fedphe.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                   TOTAL: 7

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  Ernest R. Patrick

                       Debtor

NATIONSTAR MORTGAGE LLC

               v.

Ernest R. Patrick

               and

William C. Miller Esq.

                    Trustee

Chapter 13

NO. 14-10613 AMC

## ORDER

       AND NOW, this  28th  day of  November  , 2016 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on October 07, 2014  it is ORDERED AND DECREED that:

       The Automatic Stay of all proceedings, as provided under 11 U.S.C. Section 362 of the Bankruptcy Reform Abuse and Consumer Protection Act of 2005 (The Code) 11 U.S.C. 11 U.S.C. Section 362, is modified to allow NATIONSTAR MORTGAGE LLC and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 659 Kenmore Road Philadelphia, PA 19151.

       The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

_____
United States Bankruptcy Judge.


cc: See attached service list

Ernest R. Patrick
659 Kenmore Rd
Philadelphia, PA 19151

William C. Miller Esq.
111 S. Independence Mall (VIA ECF)
Suite 583
Philadelphia, PA 19106

Georgette Miller Esq.
335 Evesham Avenue (VIA ECF)
Lawnside, NJ 08045

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532