# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 14-10613-AMC

Ernest R Patrick

659 Kenmore Rd

Philadelphia, PA 19151

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    Ernest R Patrick

    659 Kenmore Rd

    Philadelphia, PA 19151

Counsel for debtor(s), by electronic notice only.

    GEORGETTE MILLER
    335 EVESHAM AV

    LAWNSIDE, NJ 08045-

Date: 2/14/2017

/S/ William C. Miller
_____

William C. Miller, Esquire
Chapter 13 Standing Trustee