United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                      Case No. 14-10613-amc
Ernest R Patrick                                            Chapter 13
       Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: PaulP              Page 1 of 2                  Date Rcvd: Mar 29, 2017
                              Form ID: pdf900          Total Noticed: 32


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 31, 2017.
db             +Ernest R Patrick,    659 Kenmore Rd,    Philadelphia, PA 19151-3743
cr              ECMC,   P.O. Box 75906,    St. Paul, MN   55175
13255899       +ALTAIR OH XIII, LLC,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132
13232786      ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
               (address filed with court:    A H F C,   201 Little Falls Dr,    Wilmington, DE 19808)
13232787      ++BANK OF AMERICA,   PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:    Bank Of America,    Po Box 982235,    El Paso, TX 79998)
13232789       +Byl Collection Service,    301 Lacey St,    West Chester, PA 19382-3727
13526012       +ECMC,   PO BOX 16408,    St. Paul, MN 55116-0408
13232790       +Financial Recoveries,    PO Box 1022,    Wixom, MI 48393-1022
13232793       +Frdf/Cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
13232794        Frost-Arnett Company,    PO BOX 198988,    Nashville, TN 37219-8988
13232795       +Lankenau Hospital,    PO Box 8500-1145,    Philadelphia, PA 19178-0001
13260596       +M&T Bank,    PO Box 1508,    Buffalo, New York 14240-1508
13232798      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court:    Nationstar Mortgage Ll,    350 Highland Dr,    Lewisville, TX 75067)
13255132       +Philadelphia Gas Works,    800 W Montgomery Ave,    Phila Pa 19122-2898,
                 Attn: Bankruptcy Dept 3F
13232800       +Tabas & Rosen,   Suite 2300,    1601 Markert Street,    Philadelphia, PA 19103-2306
13232802       +The Children's Hospital of Philadelphia,    PO Box 190626,    Nashville, TN 37219-0626
13266288       +The Philadelphia Hand Center, P.C.,    c/o Tabas & Rosen, P.C.,    1601 Market Street, suite 2300,
                 Philadelphia, PA 19103-2306
13232801        The children's Hospital of Philadelphia,    Physcian Services,    PO BOX 8500-8017,
                 Philadelphia, PA 19178-0001
13232803        Toyota Motor Credit,    Po Box 8029,    Cockeysville, MD 21030
13239966        Toyota Motor Credit Corporation (TMCC),    PO BOX 8026,    Cedar Rapids, Iowa 52408-8026

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Mar 30 2017 02:08:18     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 30 2017 02:07:50
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 30 2017 02:08:14     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13243538        E-mail/Text: ebnbankruptcy@ahm.honda.com Mar 30 2017 02:08:08
                 American Honda Finance Corporation,    National Bankruptcy Center,    P.O. Box 168088,
                 Irving, TX 75016-8088,    866-716-6441
13232788       +E-mail/Text: banko@berkscredit.com Mar 30 2017 02:07:43     Berks Credit & Coll,
                 900 Corporate Dr,    Reading, PA 19605-3340
13338048       +E-mail/Text: bankruptcy@phila.gov Mar 30 2017 02:08:18
                 CITY OF PHILADELPHIA, LAW DEPARTMENT  TAX UNIT,    BANKRUPTCY GROUP,
                 1401 JOHN F. KENNEDY BLVD, 5TH FLOOR,    PHILADELPHIA, PA 19102-1617
13232791       +E-mail/Text: Bankruptcy@FCScollects.com Mar 30 2017 02:08:42     First Collection Services,
                 10925 Otter Creek E. Blvd,    Mabelvale, AR 72103-1661
13232792       +E-mail/Text: Bankruptcy@FCScollects.com Mar 30 2017 02:08:42     First Collection Svcs,
                 10925 Otter Creek Rd E,    Mabelvale, AR 72103-1661
13232796       +E-mail/Text: bk@weinstocklegal.com Mar 30 2017 02:07:34
                 Law Offices Weinstock, Friedman & Friedm,    Executive Center,    4 Reservoir Circle,
                 Pikesville, MD 21208-6319
13232797        E-mail/Text: camanagement@mtb.com Mar 30 2017 02:07:44     M&T Bank,    1 Fountain Plz Fl 4,
                 Buffalo, NY 14203
13232799       +E-mail/Text: electronicbkydocs@nelnet.net Mar 30 2017 02:08:06     Nelnet Loans,
                 6420 Southpoint Pkwy,    Jacksonville, FL 32216-0946
13259783      ++E-mail/Text: Bankruptcy@nslp.org Mar 30 2017 02:08:03     Nelnet on behalf of NSLP,
                 National Student Loan Program,    PO Box 82507,    Lincoln NE 68501-2507
                                                                                              TOTAL: 12

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13333037*     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court:    NATIONSTAR MORTGAGE LLC,    PO Box 619096,    Dallas, TX 75261-9741)
13332892*     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court:    Nationstar Mortgage, LLC.,    Attention: Bankruptcy Department,
                 P O Box 630267,    Irving, TX 75063)
13266289*      +The Philadelphia Hand Center, P.C.,    c/o Tabas & Rosen, P.C.,    1601 Market Street,Suite 2300,
                 Philadelphia, PA 19103-2306
                                                                                               TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0313-2          User: PaulP              Page 2 of 2                  Date Rcvd: Mar 29, 2017
                              Form ID: pdf900          Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2017                                  Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 29, 2017 at the address(es) listed below:

```
              ANDREW F GORNALL    on behalf of Creditor    NATIONSTAR MORTGAGE LLC agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              DENISE ELIZABETH CARLON    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              GEORGETTE MILLER    on behalf of Debtor Ernest R Patrick info@georgettemillerlaw.com,
               georgettemillerlaw@gmail.com;MLee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
               rlaw.com
              JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER philaecf@gmail.com,
               ecfemails@ph13trustee.com
              JEROME B. BLANK    on behalf of Creditor    NATIONSTAR MORTGAGE LLC paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 7
```

# UNITED STATES BANKRUTPCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Ernest R Patrick                              Chapter 13

Debtor                    Bankruptcy No. 14-10613-AMC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

AND NOW, this __28th__ day of __March__, 2017, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
GEORGETTE MILLER
335 EVESHAM AV

LAWNSIDE, NJ 08045-

Debtor:
Ernest R Patrick

659 Kenmore Rd

Philadelphia, PA 19151